UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ADALINDA GARCIA, on behalf of themselves :
and all others similarly situated, LEVIS :
BARRIENTOS, on behalf of themselves and all :
others similarly situated, JONATHAN :
BARRIENTOS, on behalf of themselves and all :
others similarly situated, STERLING :
BARRIENTOS, on behalf of themselves and all :
others similarly situated, and RONALD : **ORDER**
BALBUENA, on behalf of themselves and all :
others similarly situated, : 21 CV 10197 (VB)
      Plaintiffs, :
   :
v. :
   :
ABM INDUSTRY GROUPS, LLC, and ABM :
INDUSTRIES INCORPORATED, :
      Defendants. :
--------------------------------------------------------------x

  On July 18, 2022, plaintiffs' counsel filed settlement agreements between each of the five named plaintiffs (proceeding individually only) and the defendants in this Fair Labor Standards Act ("FLSA") action (the "Proposed Agreements") (Docs. ##24-1–24-5), and a letter explaining the basis for the Proposed Agreements (Doc. #24), as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

  Having reviewed counsel's submissions, the Court declines, at this time, to approve the Proposed Agreements, because the non-disparagement provision in the Proposed Agreements (¶ 9) is non-mutual—the non-disparagement obligation would run only against plaintiffs, notwithstanding counsel's assertions to the contrary. The carve-out that both "Plaintiff and Defendants shall each be entitled to provide truthful statements about this Action and about the resolution of the Action" does not resolve this problem.

1

Thus, the Court is not prepared to approve the Proposed Agreements unless the parties either explain the propriety of the at-issue provision identified above, by for example, explaining what benefits plaintiffs will receive in exchange for this provision; or revise the Proposed Agreements accordingly.

Accordingly, plaintiffs' motion for settlement approval is DENIED WITHOUT PREJUDICE to refiling in accordance with this Order.

Counsel shall refile any submissions by July 28, 2022.

The Clerk is instructed to terminate the motion. (Doc. #24).

Dated: July 21, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge